Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Edward D. Winchester, SBN 271500
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California  94104-2752
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
          susan.olson@bullivant.com
          edward.winchester@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>C. APARICIO, CEMENT CONTRACTOR, INC., a California corporation,<br><br>Defendant. | Case No.:  3:15-cv-04132-TEH<br>Related Case:  3:15-cv-04131-TEH<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:     **December 14, 2015**<br>Time:     **1:30 p.m.**<br>Ctroom:  **12, 19th Floor**<br><br>**Hon. Thelton E. Henderson** |

Plaintiffs Cement Masons Trust Funds provide the following case management statement.

On September 10, 2015, Plaintiffs filed their Complaint for Damages for Breach of Collective Bargaining Agreement, To Recover Unpaid Trust Fund Contributions, and for a Mandatory Injunction ("Complaint") [Document 1].  On September 15, 2015, this case was assigned to the Honorable Vince Chhabria [Document 6].  On September 16, 2015, Plaintiffs

– 1 –

filed their Administrative Motion to Relate Cases [Document 8]. On September 23, 2015, this Court granted the motion and related this case to *Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al., v. C. Aparicio, Cement Contractor, Inc.*, 15-cv-0431-TEH [Document 9].

On October 14, 2015, defendant was duly served with the summons and complaint and all corresponding pleadings [Document 14]. Defendant failed to file a responsive pleading. On November 13, 2015, the clerk of court entered the default of defendant [Documents 18-19].

Plaintiffs Cement Masons Trust Funds intend to have their motion for default judgment[1] on file with this Court within the next forty five (45) days.

Based on the fact that this action is proceeding in default, Plaintiffs Cement Masons Trust Funds respectfully request that the case management conference be continued for forty-five (45) days to allow Plaintiffs Cement Masons Trust Funds time to file their motion for default judgment.

DATED:  December 7, 2015

                    BULLIVANT HOUSER BAILEY PC


                    By  */s/ Ronald L. Richman*
                        Ronald L. Richman

                    Attorneys for Plaintiffs

---

[1] Motions for default judgment will be filed in both related cases.

**ORDER**

Based on the Plaintiffs Cement Masons Trust Funds' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the December 14, 2015 case management conference be continued to ___February 1___, 2016 at 1:30 p.m., Courtroom 12, 19th Floor. If Plaintiffs Cement Masons Trust Funds have their motion for default judgment on file prior to the continued case management conference, the case management conference shall be vacated.

DATED: December __8__, 2015

By: _____[signature]_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

15803464.1

– 3 –
CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON